**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------------X
SJN PROPERTIES LLC, et al.,

                    Plaintiffs,

-against-    22 CIVIL 7227 (JGLC)

**JUDGMENT**

HARLEYSVILLE INSURANCE COMPANY d/b/a
NATIONWIDE INSURANCE,

                    Defendant.
-------------------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated June 24, 2024, Plaintiffs' motion for summary judgment is DENIED and Defendant's motion for summary judgment is GRANTED; accordingly, the case is closed.

**Dated:**  New York, New York

      June 24, 2024

                                            **DANIEL ORTIZ**
                                            **Acting Clerk of Court**

                  **BY:**     *K. Mango*

                                            **Deputy Clerk**